1  BRIAN H GETZ (CBSN: 85593)
   LAW OFFICES OF BRIAN H GETZ
2  88 Kearny Street, Suite 1850
   San Francisco, CA 94108
3  Telephone:   (415) 912-5886
4  Facsimile:   (415) 438-2655
   Email:       bhgetz@pacbell.net
5
6  Attorney for Defendant
   GILBERT DELA CRUZ
7
                IN THE UNITED STATES DISTRICT COURT
8
                NORTHERN DISTRICT OF CALIFORNIA
9
                       OAKLAND DIVISION
10

11 UNITED STATES OF AMERICA          ) Case No.:  4:19-CR-00559-JST
                                     )
12              Plaintiff,            ) **CASE MANAGEMENT STATEMENT**
                                     )
13     vs.                            )
                                     )
14                                    ) Hearing Date:   December 20, 2019
   FGL MOON MARSHALL LTD., UNIX LINE ) Hearing Time:   9:30 AM
15 PTE, LTD., and GILBERT DELA CRUZ   ) Courtroom:      Courtroom 6 – 2nd Floor
                                     ) Judge:          Hon. John S. Tigar
16              Defendants.           )
                                     )
17                                    )

18  _____

19      This is the initial appearance in district court for these parties. In earlier proceedings before
20 the Magistrate, Rule 15 depositions were ordered. Two trial witnesses have been deposed. The
21 parties will endeavor to resolve objections that were raised during testimony in advance of trial.

22      The government has provided broad discovery consisting of Rule 16 material, some <u>Brady</u>
23 materials, and early <u>Jencks</u>. The parties intend to resolve all discovery issues informally. The
24 process is ongoing.

25      The parties have been diligent in discussing settlement possibilities. It appears that the
26 individual defendant, GILBERT DELA CRUZ, will be unable to resolve his case. Mr. DELA
27 CRUZ is prepared to accept a trial date if this Court will set one, with perhaps one motions date
28

needed in advance of the trial date. This trial will likely conclude in less than two weeks.

      Mr. DELA CRUZ will accept any date for trial that this Court sets. If the trial date is to be set out more than four months, Mr. DELA CRUZ requests that he be allowed to return home to the Philippines and remain there until 70 days before the trial date.

      Mr. DELA CRUZ is currently on pretrial release and has surrendered his passport. There is precedence in this district for allowing defendants who reside overseas to return home pending trial. In *U.S. v. Lin, et al.* (Case No.: 3:09-cr-00110-SI), the Honorable Susan Illston allowed the six individual defendants to retrieve their passports and return home overseas pending trial. Those men were residents of Taiwan, and had asked to return home until 70 days before trial. The request was denied, but six individual defendants were given generous return trips for two-week periods during trial preparation. Mr. DELA CRUZ has already spent nearly ten months in the United States pretrial since being removed from his tanker vessel in March of this year.

      Unlike Taiwan, the Philippines has an extradition treaty with the United States.

DATED: December 13, 2019

                                                        */s/ Brian H Getz*
                                                     BRIAN H GETZ
                                                     Attorney for Defendant
                                                     GILBERT DELA CRUZ