BRIAN H GETZ (CBSN: 85593)
LAW OFFICES OF BRIAN H GETZ
88 Kearny Street, Suite 1850
San Francisco, CA 94108
Telephone:   (415) 912-5886
Facsimile:   (415) 438-2655
Email:       bhgetz@pacbell.net

Attorney for Defendant
GILBERT DELA CRUZ

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FGL MOON MARSHALL, LTD.; UNIX LINE PTE, LTD.; and GILBERT DELA CRUZ<br><br>　　　　Defendants. | Case No.: 4:19-CR-00559-JST<br><br>**STATUS CONFERENCE STATEMENT**<br><br>Hearing Date:   January 31, 2020<br>Hearing Time:   9:30 AM<br>Courtroom:      Courtroom 6 – 2nd Floor<br>Judge:          Hon. Jon S. Tigar |

　　　This is the second appearance in district court for these parties. In earlier proceedings, this Court set a trial date for March 16th 2020. The Court has not yet scheduled its final pretrial conference referenced in the Standing Order C Paragraph 2.

　　　The parties still intend to resolve all discovery issues informally. The process is ongoing.

　　　Defendant DELA CRUZ confirms his trial date. Should FGL MOON MARSHALL, LTD. not resolve its case, DELA CRUZ intends to file a severance motion pursuant to FRCP 14(a) seeking relief from prejudicial joinder based on the anticipated hostile and antagonistic defense from FGL MOON MARSHALL, LTD. No other substantive motions are presently intended.

//

//

An application for subpoenas issued pursuant to Rule 17 is being prepared and will be submitted within ten days.

DATED: January 23, 2020                              Respectfully submitted,

                                                     /s/ Brian H Getz
                                                     BRIAN H GETZ
                                                     Attorney for Defendant
                                                     GILBERT DELA CRUZ