# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT of CALIFORNIA

### *CRIMINAL MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 2 minutes |
| Date: | February 14, 2020 | | |
| Case No.: | **4:19-cr-00559-JST-1** | | |

| **United States of America** | v. | **FGL Moon Marshal Limited** |
|---|---|---|

Defendant (1) - Present,
With Counsel: John Giffin

**Unix Line Pte, Ltd.,**

Defendant (2) - Present
With Counsel: John Giffin

**Gilbert Fajardo Dela Cruz**

Defendant (3) – Presence waived per minute order dated 1/31/20.

U.S. Attorney: Katherine Lloyd-Lovett

Probation Officer: N/A

Courtroom Deputy Clerk: Mauriona Lee          Reporter: Raynee Mercado

### *PROCEEDINGS*

Change of plea – not held.

### *RESULT OF HEARING*

1. Case Continued to February 26, 2020 at 9:30 a.m. for Change of Plea as to the corporation defendants.
2. Time excluded through February 26, 2020 for effective preparation of counsel. The Government is to prepare a proposed order.